

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SILICON ECONOMICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL ACCOUNTING FOUNDATION and FINANCIAL ACCOUNTING STANDARDS BOARD,<br><br>Defendants. | Case No.  CV-10-01939 HW-HRL<br><br>**ORDER VACATING MAY 7 ORDER AND TERMINATING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

   Based on the representations made in the parties' Stipulation, the Court finds good cause to vacate   its May 7, 2010 Order setting hearing for Plaintiff's Motion for Preliminary Injunction. However, in light of Plaintiff's agreement to allow Defendants to first challenge the Complaint, the Court orders that the pending Motion for Preliminary Injunction be terminated from the Docket. (Docket Item No. 2.)  Plaintiff may renew its Motion after the Court's diposition of Defendants' anticipated Motion to Dismiss.  Since the Court's calendar is completely full until the Fall of 2010, Defendants shall examine the Court's availability (posted online) and notice its Motion in accordance with the Civil Local Rules.

Dated:  May 12, 2010

_____
JAMES WARE
United States District Judge